AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LOVONNE N. MOORE,<br>   Plaintiff,<br><br>v.<br><br>NORTH CAROLINA DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES and<br>LANIER M. CANSLER,<br>   Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:10-CV-118-F** |

**Decision by Court.**

  IT IS ORDERED AND ADJUDGED that this action hereby is DISMISSED without prejudice for failure to make timely service upon the Defendant in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of Court is DIRECTED to close this case.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **February 14, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Geraldine Sumter (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| February 14, 2011 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |